# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**PATRICK L. SHERMAN**                                                    **PLAINTIFF**
**ADC #096304**

v.                    **Case No. 4:20-cv-00952-KGB**

**MIKE CASH, Sheriff, Hot Spring**                               **DEFENDANTS**
**County,** *et al.*

## ORDER

Plaintiff Patrick L. Sherman has filed a *pro se* 42 U.S.C. § 1983 complaint (Dkt. No. 2) in this district. Mr. Sherman sued multiple individuals, all located in Hot Spring County, Arkansas (*Id.*). From the facts alleged and the defendants named in the complaint, it appears that venue properly lies in the Western District of Arkansas. *See* 28 U.S.C. § 1391(b). Accordingly, the Court finds that the interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas. *See* 28 U.S.C. § 1406(a) ("The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought.").

The clerk of the court is directed to transfer immediately Mr. Sherman's entire case file to the United States District Court for the Western District of Arkansas.

It is so ordered this 13th day of November, 2020.

                                                              _____
                                                              Kristine G. Baker
                                                              United States District Judge